IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CLASH THOMPSON,

    Petitioner,                            No. 2:11-cv-2693 KJN P

    vs.

GARY SWARTHOUT,

    Respondent.                          ORDER

_____/

        Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed October 20, 2011, petitioner was ordered to file an application to proceed in forma pauperis or pay the required filing fee within thirty days and was cautioned that failure to do so would result in the dismissal of this action. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed an application to proceed in forma pauperis. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: November 22, 2011

                                                /s/ Kendall J. Newman
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

thom2693.fff